IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40081
Conference Calendar
_____


MITCHELL TEMPLETON,

                                        Plaintiff-Appellant,

versus

JUAN GARZA; SARGENT GUTIERREZ,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-L-93-121
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Mitchell Templeton, a Texas state prisoner (#331690),

appeals from the district court's dismissal of his civil rights

complaint as frivolous.  He argues that the district court should

not have dismissed his denial-of-access-to-the-courts claim as

frivolous because the court found that the Webb County Detention

Center did not have adequate library facilities.  The district

court held that Templeton failed to allege any legal prejudice as

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

a result of the deficient library facilities, thus his claim lacked an arguable basis in law. <u>See</u> <u>Lewis v. Casey</u>, 116 S. Ct. 2174, 2180 (1996). To the extent that Templeton attempts to allege legal prejudice for the first time in his reply brief, we decline to review these allegations. We have reviewed the record and perceive no abuse of discretion by the district court and thus no reversible error. Accordingly, the judgment is AFFIRMED.

AFFIRMED.